JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LU'S GARDEN PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.  CV 20-8322-GW-RAOx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal of Complaint Without Prejudice, it is hereby ORDERED that this action is dismissed without prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 28, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE